IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Ariel Michele S.,

    Plaintiff,

v.                                                       Civ. No. 2:24-388 KRS

MARTIN J. O'MALLEY, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER TO SEAL AND TO CURE DEFICIENCY

THIS MATTER is before the Court on *pro se* Plaintiff's Letter, (Doc. 1), filed April 23, 2024, which requests review of a Social Security Administration Administrative Law Judge's decision. The Letter contains Plaintiff's social security number, which should not appear on the public docket. In accordance with Fed. R. Civ. P. 5.2, the Court will direct the Clerk's Office to seal the Letter, (Doc. 1). Plaintiff should refrain from including her date of birth or Social Security number in future filings.

Plaintiff has not paid the $405 fee for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Plaintiff must either pay the fee or file a Long Form Application within thirty (30) days of this Order. The Guide for Pro Se Litigants, which the Clerk's Office mailed to Plaintiff on April 23, 2024, contains the form "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

IT IS THEREFORE ORDERED that the Clerk's Office shall seal Plaintiff's Letter, (Doc. 1), and **within thirty (30) days** of entry of this Order, Plaintiff must either pay the $405

filing fee, or alternatively, file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

    IT IS SO ORDERED.

                                                                            KEVIN R. SWEAZEA  
                                                                            UNITED STATES MAGISTRATE JUDGE