IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARIEL MICHELE S.,

    Plaintiff,

v.          No. 2:24-cv-388 KRS

MARTIN O'MALLEY, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

THIS MATTER is before the Court on Plaintiff's "Motion," filed September 6, 2024. (Doc. 17). The Motion appears to be filed in response to the Court's Order to Show Cause, in which Plaintiff was ordered to either file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law, or show cause why this case should not be dismissed for failure to prosecute, by September 6, 2024. (Doc. 16). Plaintiff states in the Motion: "Reverse or Remand – extension," and attaches a copy of the Court's Order to Show Cause. (Doc. 17). The Court will grant one further extension for Plaintiff to file her Motion to Reverse or Remand.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law **on or before October 4, 2024**;

2. Defendant shall file a response to Plaintiff's Motion to Reverse or Remand **thirty (30) days after Plaintiff's Motion to Reverse or Remand is filed and served**; and

3. Plaintiff may file a reply **fourteen (14) days after Defendant's response is filed and served**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE