IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ARIEL MICHELE SMITH,**

    **Plaintiff,**

    vs.                                                           CIV NO. 2:24-cv-00388-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING EXTENSION OF TIME FOR ANSWER

THIS MATTER having come before the Court upon Defendant's Second Unopposed Motion for an Extension of Time (Doc. 23), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including **February 3, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files its brief.

                                                          _____
                                                          THE HONORABLE KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE