IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARIEL M. S.,

   Plaintiff,

v.                    Civ. No. 2:24-cv-00388 KRS

FRANK BISIGNANO,[1]  Commissioner
of the Social Security Administration,

   Defendant.

## JUDGMENT

  Having denied Plaintiff's Motion for Reverse (Doc. 20) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

              *Kevin Sweazea*
              _____
              **KEVIN R. SWEAZEA**
              **UNITED STATES MAGISTRATE JUDGE**

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).